Case 1:26-mj-00124-EPG Document 4 Filed 10/22/26 Page 1 of 1

ERIC GRANT
United States Attorney
KAITLYN TOBIN
Assistant United States Attorney
2500 Tulare Street, Suite 4401
Fresno, CA 93721
Telephone: (559) 497-4000
Facsimile: (559) 497-4099

Attorneys for Plaintiff
United States of America

**FILED**
Oct 22, 2026
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

# SEALED

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| United States of America,<br>Plaintiff,<br>v.<br>MICHAI ADAMS,<br>Defendant. | CASE NO. **1:26-mj-00124-EPG**<br>SEALING ORDER<br>**UNDER SEAL** |

## SEALING ORDER

Upon Application of the United States of America and good cause having been shown,

IT IS HEREBY ORDERED that the file in the above-captioned matter be, and is hereby ordered, SEALED until further order of this Court.

Dated: **Oct 22, 2026**

Honorable Erica P. Grosjean
United States Magistrate Judge